1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                  **CENTRAL DISTRICT OF CALIFORNIA**
10
11   STEVEN L. SANDERS,              )  Case No. CV 10-0167 GAF (JCG)
                                     )
12             Petitioner,           )
                                     )
13        v.                         )  **JUDGMENT**
                                     )
14   TIM VIRGA, Warden,              )
                                     )
15             Respondent.           )
                                     )
16   _____       )
17
18
19        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
20   **PREJUDICE**.
21
22   DATED: November 30, 2010
23                                   _____
24                                       HON. GARY A. FEESS
                                     UNITED STATES DISTRICT JUDGE
25
26
27
28